# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00202-CV

**Griddy Energy, LLC, Appellant**

**v.**

**Public Utility Commission of Texas, Appellee**

## DIRECT APPEAL FROM THE PUBLIC UTILITY COMMISSION OF TEXAS PROJECT NUMBER 51617

## M E M O R A N D U M   O P I N I O N

Appellant Griddy Energy, LLC has filed an unopposed motion to dismiss its direct appeal. The parties have agreed that the costs of the appeal will be paid by the party that incurred them. *See* Tex. R. App. P. 42.1(d). We grant the motion and dismiss the appeal. *See id.* R. 42.1(a), 43.2(f).

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Triana and Ellis

Dismissed on Appellant's Motion

Filed: May 15, 2026